DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 193P14 | State v. Jose Santos Lopez-Pesina | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1047) | Denied |
|---|---|---|---|
| 201PA12-2 | Dickson, et al. v. Rucho, et al. | 1. Def's Motion to Strike Compilations in the Appendix to Plaintiff's Brief Not Presented to the Three-Judge Panel<br><br>2. Plt's Motion for Temporary Injunction | 1. Denied<br><br><br><br>2. Dismissed as Moot<br><br>**Hunter, J., recused** |
| 211P14 | State v. Dorsey Alphonzo Lemon, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1144) | Denied |
| 213P14 | The Estate of Betty Ann W. Amos, by and through Barbara A. Williams and Judy A. James, in their capacities as Co-Executors of the Estate of Betty Ann W. Amos v. W. Scott Moore, M.D.; Nephrology Associates, P.L.L.C.; Novant Health, Inc.; and Forsyth Memorial Hospital, Inc., both D/B/A Forsyth Medical Center | 1. Defs' (W. Scott Moore, M.D. and Nephrology Associates, P.L.L.C.) PDR Under N.C.G.S. § 7A-31 (COA 13-963)<br><br>2. Plts' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br><br><br>2. Dismissed as Moot |
| 214P14 | State v. Woodrow Josh Craddock, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-997) | Denied |
| 219P14 | State v. Alexander Scott Talbot | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1077) | Denied |
| 220P12-2 | State v. David Roland Conley | Def's *Pro Se* Petition for *Writ of Mandamus* (COA11-1251) | Denied |
| 226P06-2 | State v. De'Norris Levelle Sanders | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COA12-1243) | Dismissed |